

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00286-CV

Toinette **JONES**,
Appellant

v.

**YES HOMESALES EXP, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV02061
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: July 31, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on May 29, 2024 and was not filed. On June 13, 2024, we ordered appellant to file, by June 28, 2024: (1) her brief; and (2) a written response reasonably explaining her failure to timely file a brief and why appellee was not significantly injured by appellant's failure to timely file a brief. We cautioned appellant that if she failed to timely file the brief and written response, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

Appellant did not file a brief or otherwise respond to our order. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM